m-ESS #29 614/25
EROP

Court Address
55 E Monroe, Suite 1500
Chicago, Il 60603
Phone Number
(312) 220-0965

Re:
Ivan Gilberth Perez Canola
Number: 244071517
Dear Clerk of The Court:

Attached you will find the application for asylum, withholding of removal, and relief from the above-mentioned person under the defense of the immigration court. I hereby file form I-589 at Ivan Gilberth Perez Canola.

1. Affidavit declaration with translator certificate.

2. An original application for asylum and withholding of removal (form I-589)

3. Copy order release on recognizance Ice Form for Ivan Gilberth Perez Canola

4. Complete copies of Ivan Gilberth Perez Canola. Supporting documentation

Please do not hesitate to contact me on the number above if you have any questions regarding this matter. phone: +1 (872) - 209-2152

Sincerely

Ivan Gilberth Perez Canola

RECEIVED

JUN 13 2024

Executive Office for Immigration Review
Chicago, Illinois

EOIR – 1 of 30

YOMARY MADRUGA
NOTARY PUBLIC
1041 NE 40TH RD HOMESTEAD FLORIDA 33033
OFFICE: (786) 784-6289
CERTIFICATED OF TRANSLATION

Translation from Spanish to English

We, Yomary Madruga, certify that this document has been translated by our qualified and experienced translator and is an accurate and faithful translation of the original document. This is to certify the accuracy of the translation only. We cannot guarantee the veracity of the original document. Our translator is not related in any way by immediate family ties or marriage, with any part related to the translation.

A copy of the translation is attached to this document.

State of Florida
Date Country
Sworn To Before Me

On this 5ʰ day of June 2024

Sign Notary Public: _____ Seal.



Notary Public State of Florida
Yalina Diaz
My Commission HH 414603
Expires 6/26/2027

**Exhibit 1: Form I-589 Application for Asylum and for Withhoding of removal.**

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**U.S. Department of Justice**
Executive Office for Immigration Review

OMB No. 1615-0067: Expires 06/30/2026

# I-589, Application for Asylum and for Withholding of Removal

**START HERE - Type or print in black ink. See the instructions for information about eligibility and how to complete and file this application. There is no filing fee for this application.**

**NOTE:** ☒ Check this box if you also want to apply for withholding of removal under the Convention Against Torture.

## Part A.I. Information About You

| 1. Alien Registration Number(s) (A-Number) (if any) | 2. U.S. Social Security Number (if any) | 3. USCIS Online Account Number (if any) |
|---|---|---|
| 244071517 | N/A | N/A |

| 4. Complete Last Name | 5. First Name | 6. Middle Name |
|---|---|---|
| PEREZ CANOLA | IVAN | GILBERTH |

**7. What other names have you used (include maiden name and aliases)?**
SEAME

**8. Residence in the U.S. (where you physically reside)**

| Street Number and Name | | Apt. Number |
|---|---|---|
| 2856 W PERSHING RD | | N/A |

| City | State | Zip Code | Telephone Number |
|---|---|---|---|
| CHICAGO | ILLINOIS | 60632 | ( 872 ) 209-2152 |

(**NOTE:** *You must be residing in the United States to submit this form.*)

**9. Mailing Address in the U.S. (if different than the address in Item Number 8)**

| In Care Of (if applicable): | Telephone Number |
|---|---|
| IVAN GILBERTH PEREZ CANOLA | ( 872 ) 209-2152 |

| Street Number and Name | Apt. Number |
|---|---|
| 2856 W PERSHING RD | N/A |

| City | State | Zip Code |
|---|---|---|
| CHICAGO | ILLINOIS | 60632 |

| 10. Gender: ☒ Male ☐ Female | 11. Marital Status: ☒ Single ☐ Married ☐ Divorced ☐ Widowed |
|---|---|

| 12. Date of Birth (mm/dd/yyyy) | 13. City and Country of Birth |
|---|---|
| 05/22/1985 | SANTO DOMINGO DE LOS TSACHILA |

| 14. Present Nationality (Citizenship) | 15. Nationality at Birth | 16. Race, Ethnic, or Tribal Group | 17. Religion |
|---|---|---|---|
| ECUADOR | ECUADOR | HISPANIC | NONE |

**18. Check the box, a through c, that applies: a.** ☐ I have never been in Immigration Court proceedings.

**b.** ☒ I am now in Immigration Court proceedings. **c.** ☐ I am **not** now in Immigration Court proceedings, but I have been in the past.

**19. Complete 19 a through c.**

**a.** When did you last leave your country? (mm/dd/yyyy) **10/07/2022** **b.** What is your current I-94 Number, if any? **393821827A3**

**c.** List each entry into the U.S. beginning with your most recent entry. List date (mm/dd/yyyy), place, and your status for each entry. (Attach additional sheets as needed.)

| Date | 06/10/2023 | Place | HIDALGO, TEXAS | Status | DT | | Date Status Expires | 06/08/2025 |
|---|---|---|---|---|---|---|---|---|
| Date | N/A | Place | N/A | Status | N/A | | | |
| Date | N/A | Place | N/A | Status | N/A | | | |

| 20. What country issued your last passport or travel document? | 21. Passport Number N/A | 22. Expiration Date (mm/dd/yyyy) |
|---|---|---|
| ECUADOR | Travel Document Number N/A | N/A |

| 23. What is your native language (include dialect, if applicable)? | 24. Are you fluent in English? | 25. What other languages do you speak fluently? |
|---|---|---|
| SPANISH | ☐ Yes ☒ No | SPANISH |

| For EOIR use only. | For USCIS use only. | Action: Interview Date: _____ Asylum Officer ID No.: _____ | Decision: Approval Date: _____ Denial Date: _____ Referral Date: _____ |
|---|---|---|---|
| JUN 13 2024 | | | |

Form I-589 (Edition 03/01/23)

Page 1

## Part A.II. Information About Your Spouse and Children

**Your spouse**  ☒  I am not married. (Skip to **Your Children** below.)

| 1. Alien Registration Number (A-Number) (if any)<br>N/A | 2. Passport/ID Card Number (if any)<br>N/A | 3. Date of Birth (mm/dd/yyyy)<br>N/A | 4. U.S. Social Security Number (if any)<br>N/A |
|---|---|---|---|
| 5. Complete Last Name<br>N/A | 6. First Name<br>N/A | 7. Middle Name<br>N/A | 8. Other names used (include maiden name and aliases)<br>N/A |

| 9. Date of Marriage (mm/dd/yyyy)<br>N/A | 10. Place of Marriage<br>N/A | 11. City and Country of Birth<br>N/A | |
|---|---|---|---|

| 12. Nationality (Citizenship)<br>N/A | 13. Race, Ethnic, or Tribal Group<br>N/A | 14. Gender<br>☐ Male  ☐ Female |
|---|---|---|

**15. Is this person in the U.S.?**
☐ Yes (Complete Blocks 16 to 24.)   ☐ No (Specify location):  N/A

| 16. Place of last entry into the U.S.<br>N/A | 17. Date of last entry into the U.S. (mm/dd/yyyy)<br>N/A | 18. I-94 Number (if any)<br>N/A | 19. Status when last admitted (Visa type, if any)<br>N/A |
|---|---|---|---|
| 20. What is your spouse's current status?<br>N/A | 21. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy)<br>N/A | 22. Is your spouse in Immigration Court proceedings?<br>☐ Yes  ☐ No | 23. If previously in the U.S., date of previous arrival (mm/dd/yyyy)<br>N/A |

**24. If in the U.S., is your spouse to be included in this application?** (Check the appropriate box.)
☐ Yes
☐ No

**Your Children.** List **all** of your children, regardless of age, location, or marital status.

☐ I do not have any children. (Skip to Part A.III., Information about your background.)

☒ I have children.   Total number of children:   **1**  .

(**NOTE:** Use Form I-589 Supplement A or attach additional sheets of paper and documentation if you have more than four children.)

| 1. Alien Registration Number (A-Number) (if any)<br>N/A | 2. Passport/ID Card Number (if any)<br>N/A | 3. Marital Status (Married, Single, Divorced, Widowed)<br>SINGLE | 4. U.S. Social Security Number (if any)<br>N/A |
|---|---|---|---|
| 5. Complete Last Name<br>PEREZ AVILA | 6. First Name<br>GILBERTH | 7. Middle Name<br>SANTIAGO | 8. Date of Birth (mm/dd/yyyy)<br>10/27/2009 |
| 9. City and Country of Birth<br>SANTA ELENA, LA LIBERTAD | 10. Nationality (Citizenship)<br>ECUADOR | 11. Race, Ethnic, or Tribal Group<br>HISPANIC | 12. Gender<br>☒ Male  ☐ Female |

**13. Is this child in the U.S. ?**  ☐ Yes (Complete Blocks 14 to 21.)  ☒ No (Specify location):  **LIVE IN MEXICO**

| 14. Place of last entry into the U.S.<br>N/A | 15. Date of last entry into the U.S. (mm/dd/yyyy)<br>N/A | 16. I-94 Number (If any)<br>N/A | 17. Status when last admitted (Visa type, if any)<br>N/A |
|---|---|---|---|
| 18. What is your child's current status?<br>N/A | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy)<br>N/A | 20. Is your child in Immigration Court proceedings?<br>☐ Yes  ☒ No | |

**21. If in the U.S., is this child to be included in this application?** (Check the appropriate box.)
☐ Yes
☒ No

## Part A.II. Information About Your Spouse and Children (Continued)

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender |
|---|---|---|---|
| N/A | N/A | N/A | ☐ Male ☐ Female |

**13. Is this child in the U.S. ?** ☐ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location):* N/A

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| N/A | N/A | ☐ Yes ☒ No |

**21. If in the U.S., is this child to be included in this application?** *(Check the appropriate box.)*
☐ Yes
☐ No

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender |
|---|---|---|---|
| N/A | N/A | N/A | ☐ Male ☒ Female |

**13. Is this child in the U.S. ?** ☐ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location):* N/A

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| N/A | N/A | ☐ Yes ☒ No |

**21. If in the U.S., is this child to be included in this application?** *(Check the appropriate box.)*
☐ Yes
☒ No

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender |
|---|---|---|---|
| N/A | N/A | N/A | ☐ Male ☒ Female |

**13. Is this child in the U.S. ?** ☐ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location):* N/A

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| N/A | N/A | ☐ Yes ☐ No |

**21. If in the U.S., is this child to be included in this application?** *(Check the appropriate box.)*
☐ Yes
☐ No

## Part A.III. Information About Your Background

1. List your last address where you lived before coming to the United States. If this is not the country where you fear persecution, also list the last address in the country where you fear persecution. *(List Address, City/Town, Department, Province, or State and Country.)*
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street *(Provide if available)* | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 43 AND 41 SOLAR 3 | LA LIBERTAD | SANTA ELENA | ECUADOR | 02/2006 | 10/2023 |
| N/A | N/A | N/A | N/A | N/A | N/A |

2. Provide the following information about your residences during the past 5 years. List your present address first.
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 2856 W PERSHING RD | CHICAGO | ILLINOIS | UNITED STATES | 09/2023 | PRESENT |
| 4856 NORTH WINCHESTER AV | CHICAGO | ILLINOIS | UNITED STATES | 06/2023 | 09/2023 |
| 43 AND 41 SOLAR 3 | LA LIBERTAD | SANTA ELENA | ECUADOR | 02/2006 | 10/2023 |
| N/A | N/A | N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A | N/A | N/A |

3. Provide the following information about your education, beginning with the most recent school that you attended.
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name of School | Type of School | Location *(Address)* | Attended From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|
| LUZ DEL MUNDO | MIDDLE SCHOOL | ESMERALDA CANTON | 09/1997 | 07/2000 |
| FISCAL VICENTE ROCAFUENTE | ELEMENTARY SCHOOL | ESMERALDA CANTON | 09/1991 | 07/1997 |
| N/A | N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A | N/A |

4. Provide the following information about your employment during the past 5 years. List your present employment first.
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name and Address of Employer | Your Occupation | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|
| SELF EMPLOYED | BUSINESSMAN | 01/2020 | 06/2022 |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

5. Provide the following information about your parents and siblings (brothers and sisters). Check the box if the person is deceased.
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Full Name | City/Town and Country of Birth | Current Location |
|---|---|---|
| *Mother* MARIA CANOLA JAMA | SANTO DOMINGO DE LAS TSACHILA | ☐ Deceased ECUADOR |
| *Father* N/A | N/A | ☐ Deceased N/A |
| *Sibling* INGRID VERA CANOLA | SANTO DOMINGO DE LAS TSACHILA | ☐ Deceased ECUADOR |
| *Sibling* NORA CANOLA JAMA | SANTO DOMINGO DE LAS TSACHILA | ☐ Deceased ECUADOR |
| *Sibling* SILVIA AROCA CANOLA | SANTO DOMINGO DE LAS TSACHILA | ☐ Deceased ECUADOR |
| *Sibling* GRETTY CANOLA JAMA | SANTO DOMINGO DE LAS TSACHILA | ☐ Deceased ECUADOR |

## Part B. Information About Your Application

*(NOTE: Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part B.)*

When answering the following questions about your asylum or other protection claim (withholding of removal under 241(b)(3) of the INA or withholding of removal under the Convention Against Torture), you must provide a detailed and specific account of the basis of your claim to asylum or other protection. To the best of your ability, provide specific dates, places, and descriptions about each event or action described. You must attach documents evidencing the general conditions in the country from which you are seeking asylum or other protection and the specific facts on which you are relying to support your claim. If this documentation is unavailable or you are not providing this documentation with your application, explain why in your responses to the following questions.

Refer to Instructions, Part 1: Filing Instructions, Section II, "Basis of Eligibility," Parts A - D, Section V, Completing the Form," Part B, and Section VII, "Additional Evidence That You Should Submit," for more information on completing this section of the form.

1.  Why are you applying for asylum or withholding of removal under section 241(b)(3) of the INA, or for withholding of removal under the Convention Against Torture? Check the appropriate box(es) below and then provide detailed answers to questions A and B below.

I am seeking asylum or withholding of removal based on:

☐ Race

☐ Religion

☐ Nationality

☐ Political opinion

☐ Membership in a particular social group

☒ Torture Convention

---

**A.** Have you, your family, or close friends or colleagues ever experienced harm or mistreatment or threats in the past by anyone?

☐ No    ☒ Yes

If "Yes," explain in detail:
1. What happened;
2. When the harm or mistreatment or threats occurred;
3. Who caused the harm or mistreatment or threats; and
4. Why you believe the harm or mistreatment or threats occurred.

I am writing to you to request political asylum in the United States of America due to the serious threats and persecutions that I have suffered in my country of origin. As a merchant in Ecuador, my only desire was to lead a dignified and honest life, away from any illicit activity. However, I was systematically harassed by gang members belonging to an organization known as "Los Lobos." These individuals attempted to coerce me into selling drugs at the schools where I offered my ice cream, thus intervening in my business. When I confronted them and flatly refused to participate in said illegal activities, my family and I were threatened with death. In recent years, Ecuador has experienced an alarming increase in violence and organized crime activity, which has driven homicide rates to unprecedented levels, placing Ecuador among the three most violent countries in Latin America, along with Venezuela. and Honduras. Clashes over territorial control between large gangs, such as the Choneros and the Lobos, have escalated their use of extreme violence, including beheadings, dismemberments, car bombings, and attacks and murders of judges, prosecutors, journalists, and political candidates. Extortion by criminal groups also continues to increase, in my case the amount demanded exceeded our earnings, it barely gave us enough to support our family and the fear of being punished for failing to comply with such demands was increasing.

---

**B.** Do you fear harm or mistreatment if you return to your home country?

☐ No    ☒ Yes

If "Yes," explain in detail:
1. What harm or mistreatment you fear;
2. Who you believe would harm or mistreat you; and
3. Why you believe you would or could be harmed or mistreated.

As a merchant who refused to collaborate with these criminal organizations, I faced direct threats against my life and that of my family, forcing us to leave our home and seek safety away from the violence plaguing Ecuador. The situation became so dangerous that we were forced to sell our house and leave our town for fear of being murdered, as had already been attempted with other members of our family. Given the inability of the local authorities to offer protection and the constant threat to our physical integrity, I have no other option than to seek refuge in a country where human rights are respected and one can live without fear of reprisals for rejecting crime.

## Part B. Information About Your Application (Continued)

**2.** Have you or your family members ever been accused, charged, arrested, detained, interrogated, convicted and sentenced, or imprisoned in any country other than the United States (including for an immigration law violation)?

☒ No   ☐ Yes

If "Yes," explain the circumstances and reasons for the action.

**3.A.** Have you or your family members ever belonged to or been associated with any organizations or groups in your home country, such as, but not limited to, a political party, student group, labor union, religious organization, military or paramilitary group, civil patrol, guerrilla organization, ethnic group, human rights group, or the press or media?

☒ No   ☐ Yes

If "Yes," describe for each person the level of participation, any leadership or other positions held, and the length of time you or your family members were involved in each organization or activity.

**3.B.** Do you or your family members continue to participate in any way in these organizations or groups?

☒ No   ☐ Yes

If "Yes," describe for each person your or your family members' current level of participation, any leadership or other positions currently held, and the length of time you or your family members have been involved in each organization or group.

**4.** Are you afraid of being subjected to torture in your home country or any other country to which you may be returned?

☐ No   ☒ Yes

If "Yes," explain why you are afraid and describe the nature of torture you fear, by whom, and why it would be inflicted.

As a merchant who refused to collaborate with these criminal organizations, I faced direct threats against my life and that of my family, forcing us to leave our home and seek safety away from the violence plaguing Ecuador. The situation became so dangerous that we were forced to sell our house and leave our town for fear of being murdered, as had already been attempted with other members of our family. Given the inability of the local authorities to offer protection and the constant threat to our physical integrity, I have no other option than to seek refuge in a country where human rights are respected and one can live without fear of reprisals for rejecting crime.

## Part C. Additional Information About Your Application

**(NOTE:** *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part C.)*

1.  Have you, your spouse, your child(ren), your parents or your siblings ever applied to the U.S. Government for refugee status, asylum, or withholding of removal?

    ☒ No          ☐ Yes

    If "Yes," explain the decision and what happened to any status you, your spouse, your child(ren), your parents, or your siblings received as a result of that decision. Indicate whether or not you were included in a parent or spouse's application. If so, include your parent or spouse's A-number in your response. If you have been denied asylum by an immigration judge or the Board of Immigration Appeals, describe any change(s) in conditions in your country or your own personal circumstances since the date of the denial that may affect your eligibility for asylum.

2.A. After leaving the country from which you are claiming asylum, did you or your spouse or child(ren) who are now in the United States travel through or reside in any other country before entering the United States?

    ☒ No          ☐ Yes

2.B. Have you, your spouse, your child(ren), or other family members, such as your parents or siblings, ever applied for or received any lawful status in any country other than the one from which you are now claiming asylum?

    ☒ No          ☐ Yes

    If "Yes" to either or both questions (2A and/or 2B), provide for each person the following: the name of each country and the length of stay, the person's status while there, the reasons for leaving, whether or not the person is entitled to return for lawful residence purposes, and whether the person applied for refugee status or for asylum while there, and if not, why he or she did not do so.

3.  Have you, your spouse or your child(ren) ever ordered, incited, assisted or otherwise participated in causing harm or suffering to any person because of his or her race, religion, nationality, membership in a particular social group or belief in a particular political opinion?

    ☒ No          ☐ Yes

    If "Yes," describe in detail each such incident and your own, your spouse's, or your child(ren)'s involvement.

## Part C. Additional Information About Your Application (Continued)

4. After you left the country where you were harmed or fear harm, did you return to that country?

☒ No          ☐ Yes

If "Yes," describe in detail the circumstances of your visit(s) (for example, the date(s) of the trip(s), the purpose(s) of the trip(s), and the length of time you remained in that country for the visit(s).)

5. Are you filing this application more than 1 year after your last arrival in the United States?

☒ No          ☐ Yes

If "Yes," explain why you did not file within the first year after you arrived. You must be prepared to explain at your interview or hearing why you did not file your asylum application within the first year after you arrived. For guidance in answering this question, see Instructions, Part 1: Filing Instructions, Section V. "Completing the Form," Part C.

6. Have you or any member of your family included in the application ever committed any crime and/or been arrested, charged, convicted, or sentenced for any crimes in the United States (including for an immigration law violation)?

☒ No          ☐ Yes

If "Yes," for each instance, specify in your response: what occurred and the circumstances, dates, length of sentence received, location, the duration of the detention or imprisonment, reason(s) for the detention or conviction, any formal charges that were lodged against you or your relatives included in your application, and the reason(s) for release. Attach documents referring to these incidents, if they are available, or an explanation of why documents are not available.

## Part D. Your Signature

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546(a), provides in part: Whoever knowingly makes under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in any application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document containing any such false statement or which fails to contain any reasonable basis in law or fact - shall be fined in accordance with this title or imprisoned for up to 25 years. I certify that I am physically present in the United States or seeking admission at a Port of Entry when I execute this application. I authorize the release of any information from my immigration record that U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

**WARNING: Applicants who are in the United States unlawfully are subject to removal if their asylum or withholding claims are not granted by an asylum officer or an immigration judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. You may not avoid a frivolous finding simply because someone advised you to provide false information in your asylum application. If filing with USCIS, unexcused failure to appear for an appointment to provide biometrics (such as fingerprints) and your biographical information within the time allowed may result in an asylum officer dismissing your asylum application or referring it to an immigration judge. Failure without good cause to provide DHS with biometrics or other biographical information while in removal proceedings may result in your application being found abandoned by the immigration judge. See sections 208(d)(5)(A) and 208(d)(6) of the INA and 8 CFR sections 208.10, 1208.10, 208.20, 1003.47(d) and 1208.20.**

| Print your complete name. | Write your name in your native alphabet. |
|---|---|
| IVAN GILBERTH PEREZ CANOLA | IVAN GILBERTH PEREZ CANOLA |

Did your spouse, parent, or child(ren) assist you in completing this application? ☑ No ☐ Yes *(If "Yes," list the name and relationship.)*

| _____ | _____ | _____ | _____ |
|---|---|---|---|
| *(Name)* | *(Relationship)* | *(Name)* | *(Relationship)* |

Did someone other than your spouse, parent, or child(ren) prepare this application? ☐ No ☐ Yes *(If "Yes,"complete Part E.)*

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim? ☐ No ☐ Yes

Signature of Applicant *(the person in Part. A.I.)*

➡ [ ~~signature~~ ]  06/05/2024

Sign your name so it all appears within the brackets · Date (mm/dd/yyyy)

## Part E. Declaration of Person Preparing Form, if Other Than Applicant, Spouse, Parent, or Child

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant, and that the completed application was read to the applicant in his or her native language or a language he or she understands for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324c and/or criminal penalties under 18 U.S.C. 1546(a).

| Signature of Preparer | Print Complete Name of Preparer |
|---|---|
| | YALINA LEON DIAZ |

| Daytime Telephone Number | Address of Preparer: Street Number and Name |
|---|---|
| ( 786 ) 784-6289 | 17255 SW 95TH AVE |

| Apt. Number | City | State | Zip Code |
|---|---|---|---|
| J 127 | MIAMI | FLORIDA | 33157 |

| **To be completed by an attorney or accredited representative (if any).** | ☐ Select this box if Form G-28 is attached. | Attorney State Bar Number (if applicable) | Attorney or Accredited Representative USCIS Online Account Number (if any) |
|---|---|---|---|
| | | | |

## Part F. To Be Completed at Asylum Interview, if Applicable

**NOTE:** *You will be asked to complete this part when you appear for examination before an asylum officer of the Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS).*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

_____
Signature of Applicant

_____
Date *(mm/dd/yyyy)*

_____
Write Your Name in Your Native Alphabet

_____
Signature of Asylum Officer

## Part G. To Be Completed at Removal Hearing, if Applicable

**NOTE:** *You will be asked to complete this Part when you appear before an immigration judge of the U.S. Department of Justice, Executive Office for Immigration Review (EOIR), for a hearing.*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

_____
Signature of Applicant

_____
Date *(mm/dd/yyyy)*

_____
Write Your Name in Your Native Alphabet

_____
Signature of Immigration Judge

**Supplement A, Form I-589**

| A-Number *(If available)* | Date |
|---|---|
| 244071517 | 06/05/2024 |
| Applicant's Name | Applicant's Signature |
| IVAN GILBERTH PEREZ CANOLA | |

## List All of Your Children, Regardless of Age or Marital Status

(NOTE: *Use this form and attach additional pages and documentation as needed, if you have more than four children*)

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| **5.** Complete Last Name | **6.** First Name | **7.** Middle Name | **8.** Date of Birth *(mm/dd/yyyy)* |
| N/A | N/A | N/A | N/A |
| **9.** City and Country of Birth | **10.** Nationality *(Citizenship)* | **11.** Race, Ethnic, or Tribal Group | **12.** Gender |
| N/A | N/A | N/A | ☐ Male  ☐ Female |

**13.** Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)*  ☐ No *(Specify location)*:

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| **18.** What is your child's current status? | **19.** What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | **20.** Is your child in Immigration Court proceedings? | |
| N/A | N/A | ☐ Yes  ☐ No | |

**21.** If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes
☐ No

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| **5.** Complete Last Name | **6.** First Name | **7.** Middle Name | **8.** Date of Birth *(mm/dd/yyyy)* |
| N/A | N/A | N/A | N/A |
| **9.** City and Country of Birth | **10.** Nationality *(Citizenship)* | **11.** Race, Ethnic, or Tribal Group | **12.** Gender |
| N/A | N/A | N/A | ☐ Male  ☐ Female |

**13.** Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)*  ☐ No *(Specify location)*: N/A

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| **18.** What is your child's current status? | **19.** What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | **20.** Is your child in Immigration Court proceedings? | |
| N/A | N/A | ☐ Yes  ☐ No | |

**21.** If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes
☐ No

Supplement B, Form I-589

## Additional Information About Your Claim to Asylum

| A-Number *(if available)* | Date |
|---|---|
| 244071517 | 06/05/2024 |
| Applicant's Name | Applicant's Signature |
| IVAN GILBERTH PEREZ CANOLA | |

NOTE: *Use this as a continuation page for any additional information requested. Copy and complete as needed.*

Part **AIII**

Question **5**

Malliye Gaspar Canola, SANTO DOMINGO DE LAS TSACHILA, Ecuador, Nicole Gracia Canola, SANTO DOMINGO DE LAS TSACHILA, Ecuador

**Exhibit 2 DHS Form**

 **For: IVAN GILBERTH PEREZ CANOLA**



**U.S. Customs and Border Protection**
Securing America's Borders

## Most Recent I-94

**Admission (I-94) Record Number : 393821827A3**
**Most Recent Date of Entry: 2023 June 10**
**Class of Admission : DT**
**Admit Until Date : 06/08/2025**
**Details provided on the I-94 Information form:**

| | |
|---|---|
| **Last/Surname :** | **PEREZ CANOLA** |
| **First (Given) Name :** | **IVAN GILBERTH** |
| **Birth Date :** | **1985 May 22** |
| **Document Number :** | 244071517 |
| **Country of Citizenship :** | **Ecuador** |

[ Get Travel History ]

▶ **Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).**

▶ **If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.**

▶ **Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.**

OMB No. 1651-0111
Expiration Date 06/30/2023

For inquiries or questions regarding your I-94, please click here

Accessibility | Privacy Policy

Privacy · Terms

## DEPARTMENT OF HOMELAND SECURITY
## NOTICE TO APPEAR

| | |
|---|---|
| **In removal proceedings** under section 240 of the Immigration and Nationality Act: | Event No: NID2306002148 |
| **Subject ID : 202485077  FIN #: 1339939016** | |
| **SIGMA Event: 53119652    DOB: 05/22/1985** | **File No: 244071517** |
| **In the Matter of: PEREZ CANOLA, IVAN GILBERTH** | |

| | |
|---|---|
| Respondent: PEREZ CANOLA, Ivan Gilberth | **currently** residing at: |
| 4856 North Winchester Avenue,Chicago,ILLINOIS 60640,UNITED STATES OF AMERICA | **312-897-0382** |
| (Number, street, city, state and ZIP code) | (Area code and phone number) |

[x] You are an arriving alien.

[ ] You are an alien present in the United States who has not been admitted or paroled.

[ ] You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:
1. You are not a citizen or national of the United States;
2. You are a native of Ecuador and a citizen of Ecuador
3. You are an immigrant not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Immigration and Nationality Act;
4. On June 10, 2023, you applied for admission to enter the United States at the Port of Entry in Hidalgo, Texas.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:
See Continuation Page Made a Part Hereof

[ ] This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

[ ] Section 235(b)(1) order was vacated pursuant to:       [ ] 8CFR 208.30    [ ] 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:
525 West Van Buren Street Suite 500,
Chicago, IL, US 60607

(Complete Address of Immigration Court, including Room Number, if any)

| | | |
|---|---|---|
| on June 4, 2025 | at 09:00 AM | to show why you should not be removed from the United States based on the |
| (Date) | (Time) GOMEZ, Bobby | |
| charge(s) set forth above. | CBP OFFICER | |
| | | (Signature and Title of Issuing Officer) (Sign in ink) Digitally Acquired Signature |
| Date: June 10, 2023 | HIDALGO, TEXAS | |
| | (City and State) | |

**Notice to Respondent**

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are in removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 1003.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents that you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing. At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear, including that you are inadmissible or removable. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge. You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of voluntary departure. You will be given a reasonable opportunity to make any such application to the immigration judge.

**One-Year Asylum Application Deadline:** If you believe you may be eligible for asylum, you must file a Form I-589, Application for Asylum and for Withholding of Removal. The Form I-589, instructions, and information on where to file the Form can be found at www.uscis.gov/I-589. Failure to file the Form I-589 within one year of arrival may bar you from eligibility to apply for asylum pursuant to section 208(a)(2)(B) of the Immigration and Nationality Act.

**Failure to appear:** You are required to provide the Department of Homeland Security (DHS), in writing, with your full mailing address and telephone number. You must notify the Immigration Court and the DHS immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to your local DHS office, listed on the internet at http://www.ice.gov/contact/ero, as directed by the DHS and required by statute and regulation. Immigration regulations at 8 CFR 1241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief as long as you remain in the United States and for ten years after your departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Immigration and Nationality Act.

**U.S. Citizenship Claims:** If you believe you are a United States citizen, please advise the DHS by calling the ICE Law Enforcement Support Center toll free at (855) 448-6903.

**Sensitive locations:** To the extent that an enforcement action leading to a removal proceeding was taken against Respondent at a location described in 8 U.S.C. § 1229(e)(1), such action complied with 8 U.S.C. § 1367.

**Request for Prompt Hearing**

To expedite a determination in my case, I request this Notice to Appear be filed with the Executive Office for Immigration Review as soon as possible. I waive my right to a 10-day period prior to appearing before an immigration judge and request my hearing be scheduled.

Before: _____

_____
*(Signature of Respondent) (Sign in ink)*

Date: _____

_____
*(Signature and Title of Immigration Officer) (Sign in ink)*

**Certificate of Service**

This Notice To Appear was served on the respondent by me on __June 10, 2023__, in the following manner and in compliance with section 239(a)(1) of the Act.

[x] in person  [ ] by certified mail, returned receipt # _____ requested  [ ] by regular mail
[ ] Attached is a credible fear worksheet.
[x] Attached is a list of organization and attorneys which provide free legal services.

The alien was provided oral notice in the _____SPANISH_____ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_____
*Digitally Acquired Signature*
*(Signature of Respondent if Personally Served) (Sign in ink)*

GOMEZ, Bobby
CBP OFFICER
_____
*Digitally Acquired Signature*
*(Signature and Title of officer) (Sign in ink)*

## Privacy Act Statement

**Authority:**
The Department of Homeland Security through U.S. Immigration and Customs Enforcement (ICE), U.S. Customs and Border Protection (CBP), and U.S. Citizenship and Immigration Services (USCIS) are authorized to collect the information requested on this form pursuant to Sections 103, 237, 239, 240, and 290 of the Immigration and Nationality Act (INA), as amended (8 U.S.C. 1103, 1229, 1229a, and 1360), and the regulations issued pursuant thereto.

**Purpose:**
You are being asked to sign and date this Notice to Appear (NTA) as an acknowledgement of personal receipt of this notice. This notice, when filed with the U.S. Department of Justice's (DOJ) Executive Office for Immigration Review (EOIR), initiates removal proceedings. The NTA contains information regarding the nature of the proceedings against you, the legal authority under which proceedings are conducted, the acts or conduct alleged against you to be in violation of law, the charges against you, and the statutory provisions alleged to have been violated. The NTA also includes information about the conduct of the removal hearing, your right to representation at no expense to the government, the requirement to inform EOIR of any change in address, the consequences for failing to appear, and that generally, if you wish to apply for asylum, you must do so within one year of your arrival in the United States. If you choose to sign and date the NTA, that information will be used to confirm that you received it, and for recordkeeping.

**Routine Uses:**
For United States Citizens, Lawful Permanent Residents, or individuals whose records are covered by the Judicial Redress Act of 2015 (5 U.S.C. § 552a note), your information may be disclosed in accordance with the Privacy Act of 1974, 5 U.S.C. § 552a(b), including pursuant to the routine uses published in the following DHS systems of records notices (SORN): DHS/USCIS/ICE/CBP-001 Alien File, Index, and National File Tracking System of Records, DHS/USCIS-007 Benefit Information System, DHS/ICE-011 Criminal Arrest Records and Immigration Enforcement Records (CARIER), and DHS/ICE-003 General Counsel Electronic Management System (GEMS), and DHS/CBP-023 Border Patrol Enforcement Records (BPER). These SORNs can be viewed at https://www.dhs.gov/system-records-notices-sorns. When disclosed to the DOJ's EOIR for immigration proceedings, this information that is maintained and used by DOJ is covered by the following DOJ SORN: EOIR-001, Records and Management Information System, or any updated or successor SORN, which can be viewed at https://www.justice.gov/opcl/doj-systems-records. Further, your information may be disclosed pursuant to routine uses described in the abovementioned DHS SORNs or DOJ EOIR SORN to federal, state, local, tribal, territorial, and foreign law enforcement agencies for enforcement, investigatory, litigation, or other similar purposes.

For all others, as appropriate under United States law and DHS policy, the information you provide may be shared internally within DHS, as well as with federal, state, local, tribal, territorial, and foreign law enforcement; other government agencies; and other parties for enforcement, investigatory, litigation, or other similar purposes.

**Disclosure:**
Providing your signature and the date of your signature is voluntary. There are no effects on you for not providing your signature and date; however, removal proceedings may continue notwithstanding the failure or refusal to provide this information.

DHS Form I-862 (2/20)

**U.S. Department of Homeland Security**                    **Continuation Page for Form _I862_**

| Alien's Name<br>PEREZ CANOLA, IVAN GILBERTH | File Number A-244-071-517<br>SIGMA **Event: 53119652**<br>Event No: HID2306002148 | Date<br>June 10, 2023 |
|---|---|---|

ON THE BASIS OF THE FOREGOING, IT IS CHARGED THAT YOU ARE SUBJECT TO REMOVAL FROM THE UNITED STATES PURSUANT TO THE FOLLOWING PROVISION(S) OF LAW:

212(a)(7)(A)(i)(I) of the Immigration and Nationality Act (Act), as amended, as an immigrant who, at the time of application for admission, is not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Act, and a valid unexpired passport, or other suitable travel document, or document of identity and nationality as required under the regulations issued by the Attorney General under section 211(a) of the Act.

| Signature<br>GOMEZ, Bobby | Title<br>CBP OFFICER |
|---|---|

*Digitally Acquired Signature*

_____4_____ of _____4_____ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

## SERVICE INSTRUCTIONS

1. Provide a copy of the completed form to the DHS ICE Office of the Principal Legal Advisor (OPLA) per the method you specified in the PROOF OF SERVICE above. Copies provided electronically can be done through DHS ICE eService Portal, located at https://eserviceregistration.ice.gov. Addresses for DHS ICE OPLA Field Locations where copies can be mailed or delivered in-person are available online at https://www.ice.gov/contact/legal. Failure to comply with these requirements may result in EOIR rejecting the filing.

2. To mail the form to the immigration court, fold the page at the dotted lines marked "Fold Here" so that the address is visible. (Important: Ensure the address section is visible after you fold the page.)

3. Staple, or otherwise secure, the folded form along the open end marked "Fasten Here."

4. Place appropriate postage stamp in the area marked "Place Stamp Here."

5. Write your return address in the area marked "PUT YOUR ADDRESS HERE."

6. Mail the original form to the immigration court.

Fold Here

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### PUT YOUR ADDRESS HERE

_____

_____

_____

_____

Place
Stamp
Here

**U.S. Department of Justice**
*Executive Office for Immigration Review*
**Immigration Court**

*525 West Van Buren Street*
*Suite 500*
*Chicago, IL 60607*

Fold Here

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Privacy Act Notice**

The information on this form is required by 8 U.S.C. § 1229(a)(1)(F)(ii) and 8 C.F.R § 1003.15(d)(2) in order to notify EOIR's immigration court of any change(s) of address or phone number. The information you provide is mandatory. Failure to provide the requested information limits the notification you will receive and may result in adverse consequences noted above. EOIR may share this information with others in accordance with approved routine uses described in EOIR's system of records notice EOIR–001, Records and Management Information System, and EOIR-003, Practitioner Complaint-Disciplinary Files.

Fasten Here

Form EOIR-33/IC Revised
February 2022

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

**Updated April 2023**

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Chicago Immigration Court

| Chicago, Illinois (page 1 of 2) | |
|---|---|
| **National Immigrant Justice Center** <br> **(A Heartland Alliance Affiliated Partner)\*** <br><br> 224 S. Michigan Avenue, Suite 600 <br> Chicago, IL 60604 <br><br> 110 East Washington Street <br> Goshen, IN 46528 <br><br> Tel: (312) 660-1370 <br> Fax: (312) 660-1505 <br> immigrantlegaldefense@heartlandalliance.org <br> www.immigrantjustice.org <br><br> • Representation limited to low-income immigrants <br> • Provides free legal information at Chicago <br> Immigration Court Helpdesk Monday-Thursday <br> • Languages: Spanish and French <br> • Detained Adults: Call on Tuesdays from <br> 11am - 2pm CT, Telephone for detainees: <br> (312) 583-9721, Telephone for family members <br> calling about a detainee: (773) 672-6599 <br> • LGBT Individuals (detained and non-detained) <br> Call on Wednesdays or Fridays from 10am - 12pm CT <br> Tel: (773) 672-6551 <br> • For free information about the immigration court <br> process, possible legal options, and how to find <br> legal representation, contact the National Immigrant <br> Justice Center's Immigration Court Helpdesk <br> at (312) 660-1328. | **American Bar Association Detention and LOP** <br> **Information Line\*\*** <br><br> Immcenter@americanbar.org <br> https://www.americanbar.org/groups/public_interest/ <br> immigration/ <br><br> • Pro se case assistance for detained <br> respondents only <br> • Dial 2150# from the detention center <br> • To contact on behalf of a detained individual, <br> email immcenter@americanbar.org. <br> • The American Bar Association Commission on <br> Immigration Detention and LOP Information Line is <br> not available to provide free legal services for <br> noncitizens scheduled for Credible Fear Interviews <br> and/or Asylum Merits Interviews |
| | **Children's Legal Center\*** <br><br> 1100 W. Cermak Road, Suite 422 <br> Chicago, Illinois 60608 <br> Tel: (312) 722-6642 English and Spanish <br> Tel: (312) 392-1204 Dari and Farsi <br> Tel: (872) 225-4918 Pashto <br> Fax: (773) 345-4158 <br> laura.hoover@childrenslegalcenterchicago.org <br> www.childrenslegalcenterchicago.org <br><br> • Represents asylum seekers <br> • Children and family cases only/casos de menores y <br> familia solamente <br> • Represents detained and non-detained children <br> • Intake by appointment only <br> • Children's Legal Center is available to provide free <br> legal services for noncitizens scheduled for Credible <br> Fear Interviews and/or Asylum Merits Interviews |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of the Director, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

**Updated April 2023**

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Chicago Immigration Court

| Chicago, Illinois (page 2 of 2) | |
|---|---|
| **Mariposa Legal\*** <br><br> 8520 Allison Pointe Blvd., Suite 223 PMB 20826 <br> Indianapolis, IN 46250 <br> Tel: **(317) 426-0617** <br> Fax: **(317) 981-1753** <br> www.mariposalegal.org <br><br> • **Representation limited to detained cases only** <br> • Languages: Spanish <br><br> • Mariposa Legal is not available to provide free legal services for noncitizens scheduled for Credible Fear Interviews and/or Asylum Merits Interviews | **Law Office of Cook County Public Defender\*** <br><br> 69 W. Washington Street, Suite 1600 <br> Chicago, IL 60602 <br> Tel: **(312) 603-0636** <br> Fax: **(773) 404-3306** <br> pdimmigrationunit@cookcountyil.gov <br> www.cookcountypublicdefender.org <br><br> • **Representation for detained individuals with ties to Cook County, Illinois and non-detained individuals previously represented by the Cook County Public Defender** <br> • **Please contact us on Wednesdays between 9AM and 11AM at (312) 603-0636** <br> • Languages: All staff speak Spanish and have access to a language line for other languages |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

**Disclaimer:** As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of the Director, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

**Exhibit 2  Statement**

File number: A: 244071517
Name and surname: Ivan Gilberth Perez Canola
Address: 2856 W Pershing Rd. Chicago. Illinois. 60632
Phone: +1 (872) - 209-2152

I, Ivan Gilberth Perez Canola, an Ecuadorian national, am hereby writing to request political asylum in the United States of America because of the serious threats and persecutions I have suffered in my country of origin. As a merchant in Ecuador, my only desire was to lead a dignified and honest life, away from any illicit activity. However, I was systematically harassed by gang members belonging to an organization known as "Los Lobos". These individuals tried to coerce me into selling drugs in the schools where I offered my ice cream, thus intervening in my business. When I confronted them and adamantly refused to participate in such illegal activities, my family and I were threatened with death. In recent years, Ecuador has experienced an alarming increase in violence and organized crime activity, which has driven homicide rates to unprecedented levels, placing Ecuador among the three most violent countries in Latin America, along with Venezuela and Honduras. Clashes for territorial control between large gangs, such as the Choneros and the Lobos, have escalated their use of extreme violence, including beheadings, dismemberments, car bombings, and attacks and murders of judges, prosecutors, journalists, and political candidates. Extortion by criminal groups also continues to increase, in my case the sum demanded exceeded our earnings, we barely had enough to support our family and the fear of being punished for not complying with such demands was increasing.

This situation of insecurity and uncontrolled violence has transformed life in Ecuador, a country that was once known as "the island of peace" and is now home to one of the highest homicide rates in Latin America. The violence in the streets is related to the violence inside the prisons, where overcrowding and lack of state control have allowed gang members to launch massacres that have claimed the lives of many Ecuadorians including close relatives. As a merchant who refused to collaborate with these criminal organizations, I faced direct threats against my life and that of my family, forcing us to leave our home and seek safety away from the violence plaguing Ecuador. The situation became so dangerous that we were forced to sell our house and leave our town for fear of being killed, just as they had already tried with other members of our family.

File number: A: 244071517
Name and surname: Ivan Gilberth Perez Canola
Address: 2856 W Pershing Rd. Chicago. Illinois. 60632
Phone: +1 (872) - 209-2152

Given the inability of local authorities to offer protection and the constant threat to our physical integrity, I have no choice but to seek refuge in a country where human rights are respected and where people can live without fear of reprisals for rejecting crime.

Signed: Ivan Gilberth Perez Canola

Translated By: ___Yomary Madruga___ This Translation Is Accurate and I Am Competent Translator from The Spanish Language into The English Language

Subscribed Before Me
This is the 5th Day of June Of 2024.

_____
Notary Public
Miami-Dade
State Of Florida

Notary Public State of Florida
Yalina Diaz
My Commission HH 414603
Expires 6/26/2027

Número de expediente: A: 244071517
Nombre y apellidos: Ivan Gilberth Perez Canola
Dirección: 2856 W Pershing Rd. Chicago. Illinois. 60632
Teléfono: +1 (872) - 209-2152

Por medio de la presente, yo, Ivan Gilberth Perez Canola, de nacionalidad ecuatoriana, me dirijo a ustedes para solicitar asilo político en los Estados Unidos de América debido a las graves amenazas y persecuciones que he sufrido en mi país de origen. Como comerciante en Ecuador, mi único deseo era llevar una vida digna y honesta, alejado de cualquier actividad ilícita. Sin embargo, fui acosado sistemáticamente por pandilleros pertenecientes a una organización conocida como "Los Lobos". Estos individuos intentaron coaccionarme para que vendiera drogas en las escuelas donde yo ofrecía mis helados, interviniendo así en mi negocio. Al enfrentarme a ellos y negarme rotundamente a participar en dichas actividades ilegales, mi familia y yo fuimos amenazados de muerte. En los últimos años, Ecuador ha experimentado un alarmante incremento en la violencia y la actividad del crimen organizado, lo que ha llevado las tasas de homicidio a niveles sin precedentes, situando a Ecuador entre los tres países más violentos de América Latina, junto a Venezuela y Honduras. Los enfrentamientos por el control territorial entre grandes bandas, como los Choneros y los Lobos, han escalado su uso de violencia extrema, incluyendo decapitaciones, desmembramientos, atentados con coches bomba, y ataques y asesinatos de jueces, fiscales, periodistas y candidatos políticos. La extorsión por parte de grupos criminales también sigue en aumento, en mi caso la suma exigida superaba nuestras ganancias, apenas nos daba para sostener a nuestra familia y el temor a ser castigados por incumplir tales exigencias era cada vez mayor.

Esta situación de inseguridad y violencia descontrolada ha transformado la vida en Ecuador, un país que alguna vez fue conocido como "la isla de paz" y que ahora alberga una de las tasas de homicidios más altas de América Latina. La violencia en las calles está relacionada con la violencia dentro de las prisiones, donde el hacinamiento y la falta de control estatal han permitido que los miembros de las bandas lancen masacres que han cobrado la vida de muchos ecuatorianos dentro de los que están familiares cercanos. Como comerciante que se negó a colaborar con estas organizaciones criminales, me enfrenté a amenazas directas contra mi vida y la de mi familia, lo que nos obligó a abandonar nuestro hogar y buscar seguridad lejos de la violencia que azota a Ecuador. La situación se tornó tan peligrosa que nos vimos obligados a vender nuestra casa y abandonar nuestra localidad por temor a ser asesinados, tal como ya habían intentado con otros miembros de nuestra familia.

Número de expediente: A: 244071517
Nombre y apellidos: Ivan Gilberth Perez Canola
Dirección: 2856 W Pershing Rd. Chicago. Illinois. 60632
Teléfono: +1 (872) - 209-2152

Dada la incapacidad de las autoridades locales para ofrecer protección y la constante amenaza a nuestra integridad física, no me queda otra opción que buscar refugio en un país donde se respeten los derechos humanos y se pueda vivir sin miedo a represalias por rechazar la delincuencia.

Ivan Gilberth Perez Canola