

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**CHICAGO IMMIGRATION COURT**

Respondent Name:
    PEREZ CANOLA, IVAN GILBERTH

To:
    Heiderscheidt, John
    7257 W. Touhy Ave
    Suite 201-A
    Chicago, IL 60631

A-Number:
244-071-517
Riders:
In Removal Proceedings
Initiated by the Department of Homeland Security
Date:
06/16/2025

## ORDER ON MOTION TO DISMISS

☐ The Respondent ☑ the Department of Homeland Security ☐ the parties jointly has/have filed a motion to dismiss these proceedings under 8 CFR 1239.2(c). The moving party has given notice of the motion to the non-moving party and the court has provided the non-moving party with an opportunity to respond. The motion is ☑ opposed ☐ unopposed.

After considering the facts and circumstances, the immigration court orders that the motion to dismiss is:

☐ Granted without prejudice
☑ Denied

Further explanation:

Respondent has filed an I-589 and expressed a credible fear of returning to Ecuador. The court finds that dismissal would prejudice the Respondent and further would further result in a waste of judicial resources as this matter would be returned to court based on his already expressed credible fear. In addition, Respondent was arrested upon exiting the last court hearing; his detention has prevented him from effectively communicating with his attorney, thereby interfering with his right to due process and his right to counsel.

IT IS SO ORDERED.

Immigration Judge: Barilla, Jody 06/16/2025

### Certificate of Service

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Noncitizen | [ ] Noncitizen c/o custodial officer | [ E ] Noncitizen's atty/rep. | [ E ] DHS

Respondent Name : PEREZ CANOLA, IVAN GILBERTH | A-Number : 244-071-517

Riders:

Date: 06/16/2025 By: Barilla, Jody, Immigration Judge