UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
LASALLE IMMIGRATION COURT
JENA, LOUISIANA

| | |
|---|---|
| In the Matter of: ) | |
| ) | Case No. **244 071 517** |
| **PEREZ-CANOLA, Ivan** ) | |
| ) | **DETAINED** |
| In Bond Proceedings ) | |
| ) | |

**APPLICATION**:   Request for Bond Redetermination

| ON BEHALF OF THE RESPONDENT: | ON BEHALF OF THE GOVERNMENT: |
|---|---|
| Hyunkyung Park, Esquire | Taurence Riley, Assistant Chief Counsel |
| Heiderscheidt Law Group, LLC | Department of Homeland Security ("DHS") |
| 7257 W. Touhy, Suite 201-A | 80 Monroe Ave., Suite 502 |
| Chicago, IL 60631 | Memphis, TN 38103 |

## MEMORANDUM OF CUSTODY REDETERMINATION

### I.   Procedural History

Ivan Perez-Gonzalez, ("the respondent") is a forty-year-old male, native, and citizen of Ecuador. *See* Exhs. 1 & 3. He applied for admission to the United States at the Hildalgo Texas Port of Entry on June 10, 2023. The same day, The Department of Homeland Security ("DHS") served the respondent with a Notice to Appear ("NTA"), charging the respondent under section 212(a)(7)(A)(i)(I) of the Immigration Nationality Act ("INA") as an alien without admission documents. Exh. 4. At some point he was released from custody and recently detained again by DHS. On July 9, 2025, the respondent filed a bond request. *See generally* Exh. 1. On July 17, 2025, the Court denied the respondent's request for bond. *See* Order of the Immigration Judge (July 17, 2025). This memorandum provides the basis for the Court's grant.

### II.   Evidence

The Court has familiarized itself with the entire record of proceedings, even if not specifically addressed in this decision. 8 C.F.R. § 1240.1(b). The Court entered the following documents into the record of bond proceeding.

   Exhibit 1:   Respondent's Bond Redetermination Request

   Exhibit 2:   Judge Jodi Barillo's 6/16/25 order denying DHS's motion to dismiss

   Exhibit 3:   Respondent's driver's license

   Exhibit 4:   NTA dated 6/10/23

### III. Analysis

The NTA indicates that the respondent came to the Hildalgo, Texas Port of Entry on June 10, 2023. Exh. 4. He was not admitted to the United States and was issued an NTA. *Id.* At some point thereafter, he was either released on bond or given parole, but neither party provided those related documents to the Court. The respondent was thereafter detained again by DHS, as the respondent is currently in DHS custody in Monroe, Louisiana. The Court notes that *Matter of Q. Li* holds that, "An applicant for admission who is arrested and detained without a warrant while arriving in the United States, whether or not at a port of entry, and subsequently place in removal proceedings is detained under section 235(b) of the INA, 8 U.S.C. Sec. 1225(b), and is ineligible for any subsequent release on bond under section 236(a) of the INA, 8 USC Sec. 1226(a)." *Matter of Q. Li* 29 I&N Dec. 66, 69 (BIA 2025). The respondent was detained at his entry in 2023. The Court finds that because the respondent was detained at arrival in the United States, he is an alien as described in *Matter of Q. Li*. The Court finds he is ineligible for bond.

### ORDER

**IT IS HEREBY ORDERED** that Respondent's motion for bond is **DENIED**.

8/25/25
**Date**

**JENNIFER A. MAY**
**UNITED STATES IMMIGRATION JUDGE**

**APPEAL RIGHTS:** Both parties have the right to appeal the decision in this case. Any appeal is due at the Board of Immigration Appeals within thirty (30) calendar days of the Court's oral decision. 8 C.F.R. § 1003.38.

### CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY: [ ] MAIL [ ] PERSONAL SERVICE [X] ELECTRONIC SERVICE
THIS DOCUMENT WAS SERVED TO: [ ] RESPONDENT [ ] RESPONDENT c/o CUSTODIAN
[X] RESPONDENT'S ATTORNEY/REPRESENTATIVE [X] DHS
DATE: 08/25/2025   BY: COURT STAFF  LE
ATTACHMENTS: [ ] EOIR-33 [ ] EOIR-28 [ ] APPEAL PACKET [ ] LEGAL SERVICES LIST
[ ] OTHER _____