UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Ivan Perez Canola
          Plaintiff,

v.                                            Case No.: 1:25−cv−10525
                                           Honorable Franklin U. Valderrama

Pam Bondi, et al.
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 4, 2025:

      MINUTE entry before the Honorable Franklin U. Valderrama: In−person hearing held on 9/4/2025 on Plaintiff's motion for an emergency ex parte temporary restraining order [6], which the Court converted to a motion for a preliminary injunction [10]. Plaintiff's counsel informed the Court that at Plaintiff's immigration hearing, also held on 9/4/2025, the Immigration Judge in Louisiana denied the Government's pending motion to pretermit Plaintiff's asylum case, but also denied Plaintiff's asylum application. Counsel for Defendants stated that Plaintiff would not be subject to expedited removal proceedings. The Court heard oral argument from the parties on Plaintiff's motion for a preliminary injunction motion. The Court takes the motion under advisement and will enter a ruling soon. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.