**UNITED STATES DISTRICT COURT**
**NORTHISN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Ivan Perez Canola | ) | |
| Plaintiff, | ) | Case No: 1:25-cv-10525 |
| | ) | Hon. Judge Jeremy C. Daniel |
| v. | ) | |
| Department of Homeland Security<br>Immigration and Customs Enforcement,<br>Department of Justice,<br>Executive Office of Immigration Review<br>Immigration and Customs Enforcement<br>Kristi Noem, as Director of DHS<br>Pam Bondi, as Attorney General of the U.S.<br>Todd Lyons, Acting Director ICE<br>Richwood Correctional Center, Louisiana<br>John/Jane Doe Indiana State Police Officer<br>John/Jane Doe Louisiana Department of Corrections Officer<br>Multiple John/Jane Doe ICE Agents, | ) | Jury Demanded |
| Defendants | ) | |

PLAINTIFF'S MOTION TO
VOLUNTARILY DISMISS COMPLAINT

NOW COMES the Plaintiff, Ivan Perez Canola, by and through his attorney, John W. Heiderscheidt amending his complaint against Defendants, and in support of his AMENDED COMPLAINT states as follows:

1. Plaintiff has previously instructed undersigned counsel to withdraw his immigration claim.

2. On information and belief, Plaintiff has been removed from the United States.

3. Prior to removal, Plaintiff instructed undersigned counsel to request voluntary dismissal of this case from the Court's docket.

WHEREFORE, undersigned counsel respectfully requests the Court dismiss this case from the Court's docket.

Respectfully Submitted,

/s/John W. Heiderscheidt

John W. Heiderscheidt
HLG, LLC d/b/a "Subscription Lawyer"
7257 W. Touhy Ave.
Suite 201-A
Chicago, IL, 60631
312-331-0087
info@subscriptionlawyer.com
ARDC: 6305341 / Gen Bar